Guy M. De Mauriac and Another, Appellants, v. Ophelia A. Byrnes, etc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Alsens American Portland Cement Works, Appellant, v. Degnon Contracting Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. (Laughlin and Hotchkiss, JJ., dissented.)

Adolph Spear & Company, Respondent, v. Balie P. Cantrell, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Maxwell Edgar, Appellant, v. Stuyvesant Fish, Respondent.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

William E. Bloodgood and Another, as Trustees, etc., Respondents, v. Nathan Reznikoff and Another, Doing Business under the Firm Name, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Ethel Clark Bigelow, Appellant, v. Warren Bigelow, Respondent.— Order affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

London Finance Company, a Foreign Corporation, etc., Appellant, v. John L. Shattuck, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

London Finance Company, a Foreign Corporation, etc., Appellant, v. Lyman Turner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Charles Brock, Respondent, v. Ansco Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, McLaughlin, Dowling and Hotchkiss, JJ.

Charles L. Bowen, Respondent, v. Edward K. Fenno, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a motion for change of place of trial on the ground of the inconvenience of witnesses. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.